# Court of Appeals
# of the State of Georgia

ATLANTA,_____July 15, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15E0038.  VANCE v. WALKER.**

William Vere Vance, IV has filed a motion seeking an extension of time in which to file an application for discretionary appeal of a June 22, 2015 order denying his motion for new trial. Vance seeks an extension from a due date of July 22, 2015, to a due date of August 11, 2015, citing a delay in his receipt of the relevant transcript. Appellant's motion is hereby ***GRANTED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 07/15/2015 _____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*